UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 12, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: COMCAST CORP. SET-TOP CABLE
TELEVISION BOX ANTITRUST LITIGATION**

| | |
|---|---|
| Gerald DeLoss v. Comcast Corp., et al., <br>    D. Minnesota, C.A. No. 0:09-1979 <br> State of West Virginia ex rel. Darrell V. McGraw, Jr. v. <br>    Comcast Corp., et al., N.D. West Virginia, <br>    C.A. No. 5:09-91 | MDL No. 2034 |

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On June 17, 2009, the Panel transferred six civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, nine additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Anita B. Brody.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Brody.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of June 17, 2009, and, with the consent of that court, assigned to the Honorable Anita B. Brody.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

                      FOR THE PANEL:

                      Jeffery N. Lüthi
                      Clerk of the Panel